FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,  vs.  MICHAEL THOMAS STUART                      Defendant. | Case No.: M13-1942  ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>South Dist. CA</u> for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>allegedly not following conditions of supervision, including not using alcohol and participation in rehab. program; no current info</u>

(margin note: or known but refused)

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _____7/15/13_____

_____
UNITES STATES MAGISTRATE JUDGE